IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELER SADATI, | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-5452 |
| PRIMECARE MEDICAL, INC., et al., | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this ___17th___ day of August, 2020, upon consideration of Defendants Kurt Ehrenfeuchter, Todd Haskins, PrimeCare Medical, Inc., and Thomas Weber's Motion to Dismiss (ECF No. 10) and Plaintiff Sheler Sadati's Response in Opposition thereto (ECF No. 14), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**[1] as follows:

1. Defendants' Motion to Dismiss is **GRANTED** as to Plaintiff's § 1981 retaliation claim against all Defendants;

2. Defendants' Motion to Dismiss is **DENIED** as to Plaintiff's § 1983 retaliation claims against all Defendants;

3. Defendants' Motion to Dismiss is **DENIED** as to Plaintiff's Pennsylvania Whistleblower Law retaliation claim against all Defendants;

4. Defendants' Motion to Dismiss is **DENIED** as to Plaintiff's common law wrongful termination claim against Defendant PrimeCare and **GRANTED** as to Plaintiff's common law wrongful termination claim against individual Defendants.

---

[1] This Order accompanies the Court's Memorandum Opinion dated August __17th__, 2020.

1

2

5. Defendants' Motion to Dismiss is **GRANTED** as to Plaintiff's breach of contract claim against individual Defendants.

                                                **BY THE COURT**:

                                                **/s/ Petrese B. Tucker**

                                                _____

                                                **Hon. Petrese B. Tucker, U.S.D.J.**